

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Valentino Franco,

* From the 358th District Court
of Ector County,
Trial Court No. D-43,117-A.

No. 11-24-00023-CR

* April 30, 2025

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.